**Order entered February 11, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01388-CV

**TARSHA HARDY, Appellant**

**V.**

**COMMUNICATION WORKERS OF AMERICA, INC., ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04027**

## ORDER

Before the Court is appellant's February 5, 2020 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **March 10, 2020**. We caution appellant that further requests for extension will be disfavored.

/s/     ERIN A. NOWELL
        JUSTICE